FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 DEC -8 PM 1:04

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARK W. GREGG,

Defendant.

8:06CR313

ORDER TO RELEASE GARNISHMENT

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Nebraska Beef, Ltd., 4501 S. 36th St., Omaha, NE 68107.

IT IS HEREBY ORDERED that the garnishment against Nebraska Beef, Ltd.

DATED this __8__ day of __December__, 2014.

BY THE COURT:

F.A. GOSSETT, III,
United States Magistrate Judge