IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:06CR313 |
| MARK W. GREGG | |
| Defendant, | **ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT** |
| and | |
| NEBRASKA BEEF, | |
| Garnishee. | |

This matter comes before the Court on the Application for Writ of Continuing Garnishment (Filing No. 64) of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Nebraska Beef, the garnishee, and for good cause shown.

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Nebraska Beef, 4501 So. 36th Street, Omaha, NE 68107.

DATED this 20th day of June 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge